## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| RONALD TESCH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL RECOVERY SERVICES, INC.,<br><br>Defendants. | Case No.: 25-2037 |

### NOTICE OF REMOVAL

Defendant Financial Recovery Services, Inc. ("FRS"), by and through its undersigned counsel, and for its Notice of Removal pursuant to 28 U.S.C. § 1441(a) and 1446, and in support thereof, states as follows:

1. On or about November 24, 2025, Plaintiff filed a putative class-action lawsuit in the Circuit Court of Milwaukee County in the State of Wisconsin, which was captioned *Ronald Tesch, Individually and on Behalf of All Others Similarly Situated, v. Financial Recovery Services, Inc.*, and docketed as Case No. 2025CV010137. A copy of the circuit court complaint ("Complaint") is attached hereto as part of Exhibit A pursuant to 28 U.S.C. § 1446(a).

2. On November 28, 2025, FRS was served with the Summons and Complaint. A copy of the Summons and Complaint, and a true and correct copy of the state court docket as of December 26, 2025, is attached as Exhibit A. This notice is timely pursuant to 28 U.S.C. § 1446(b) because it is filed within 30 days after service of the Summons and Complaint. *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999).

1

3. The Complaint asserts a federal cause of action against FRS for purported violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*, as well as state law claims under the Wisconsin Consumer Act, Wis. Stat. §§ 421.108 and 426.110 ("WCA").

4. 28 U.S.C. § 1331 provides: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5. 28 U.S.C. § allows removal on the basis of a federal question, stating:

> (a) Generally. – Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

6. The United States District Court, Eastern District of Wisconsin has jurisdiction over Plaintiff's FDCPA claim because the allegations arise under a federal statute. Removal is proper on the basis of federal question jurisdiction because the claims arise out of alleged violations of federal statutes.

7. The United States District Court, Eastern District of Wisconsin has supplemental jurisdiction over Plaintiff's WCA claims because they are so related to Plaintiff's FDCPA claims that they form part of the same case or controversy. 28 U.S.C. § 1367(a).

8. Concurrently with the filing of this Notice of Removal, FRS is filing a Notice of Filing Notice of Removal with the Circuit Court of Milwaukee County, State of Wisconsin.

WHEREFORE, Defendant Financial Recovery Services, Inc. respectfully requests that this case proceed in this Court as an action properly removed to it.

2

Dated: December 26, 2025            **ROSSMAN KIRK, PLLC**

*s/ Trevor S. Johnson*
John K. Rossman (MN #0244831)
Trevor S. Johnson (WI SBN 1134892)
2626 E. 82nd Street, Suite 135
Bloomington, MN 55425
Telephone: (952) 960-8660
John.Rossman@rossmankirk.com
Trevor.Johnson@rossmankirk.com

**ATTORNEY FOR DEFENDANT
FINANCIAL RECOVERY SERVICES, INC.**